# EXHIBIT "C"



# Trend Micro Security 2021 for Windows Product Guide

**Trend Micro™ Antivirus+ Security**

**Trend Micro™ Internet Security**

**Trend Micro™ Maximum Security**

V1.0

Trend Micro Incorporated
225 E. John Carpenter Freeway, Suite 1500
Irving, Texas 75062 U.S.A.
Phone: +1 (817) 569-8900
Toll-free: (888) 762-8763
www.trendmicro.com
.

Trend Micro Incorporated reserves the right to make changes to this document and to the product described herein without notice. Before implementing the product, please review the readme file and the latest version of the applicable user documentation.

Trend Micro, the Trend Micro t-ball logo, Titanium, and Trend Micro Security are trademarks or registered trademarks of Trend Micro Incorporated. All other product or company names may be trademarks or registered trademarks of their owners.

Copyright © 2020 Trend Micro Inc., Consumer Technical Product Marketing. All rights reserved.

*Trend Micro™ Security 2021 Product Guide for Windows* provides help for analysts, reviewers, potential customers, and users who are evaluating, reviewing, or using the 2021 (v17) version of Trend Micro™ Antivirus+ Security, Trend Micro™ Internet Security, or Trend Micro™ Maximum Security on the Windows platform. The products are understood to be the most recent editions (2021, v17), even when "2021" or "v17" are not designated.

This product guide can be read in conjunction with its companion guides, which can be accessed from the Home Support/Product Support dropdown menu, as well as from the individual links below:

- Trend Micro™ Antivirus for Mac® Product Guide

- Trend Micro™ Mobile Security for Android Product Guide

- Trend Micro™ Mobile Security for iOS Product Guide

- Trend Micro™ Password Manager for Windows and Android Product Guide

- Trend Micro™ Password Manager for Mac and iOS Product Guide


DOCUMENT PROFILE:

Product: Trend Micro™ Security 2021 for Windows

Document Title: Trend Micro™ Security 2021 for Windows – Product Guide

Document Filename: PG - TM Security 2021 for Windows - Product Guide v1.0

Document Release Date: October 21, 2020

Team: Consumer Technical Product Marketing



# Table of Contents

Chapter 1: Introduction to Trend Micro™ Security ................................................................. 6
   The Trend Micro™ Security Family ............................................................................... 6
   Trend Micro Security Highlights .................................................................................. 7
   Key Features of Trend Micro Security ......................................................................... 11
   System Requirements ................................................................................................ 12
   Internet Connection, USB Installation ........................................................................ 14
   Target Audience ....................................................................................................... 14
   Global Availability .................................................................................................... 14
   Contacting Trend Micro ............................................................................................ 14
   Consumer Support Line ............................................................................................. 14
   Free Phone, Email and Chat support .......................................................................... 15
   Premium Support Services ........................................................................................ 15
Chapter 2: Installing and Activating Trend Micro Security ..................................................... 16
   Install Trend Micro Security ...................................................................................... 16
   Explore More Features – Questionnaire and Wizard .................................................... 29
   Protect Another Device ............................................................................................. 32
   Set Up Folder Shield ................................................................................................. 39
   Install Trend Micro Security for Microsoft Edge .......................................................... 41
      Web Threat Protection ......................................................................................... 44
      Fraud Buster for Gmail and Outlook Webmail ....................................................... 45
      Ad Block .............................................................................................................. 48
      Privacy Scanner ................................................................................................... 49
      Pay Guard ........................................................................................................... 50
      Password Manager ............................................................................................... 52
      Enable/Disable Trend Micro Security for Edge ....................................................... 54
   Install Trend Micro Toolbar for Google Chrome, Mozilla Firefox, or Internet Explorer ......... 55
      Rate Links on Web Pages ...................................................................................... 60
      Rate Links on Mouseover ...................................................................................... 61
      Fraud Buster for Gmail and Outlook Webmail ....................................................... 63
      Check Your Online Privacy .................................................................................... 66
      Open in Pay Guard ............................................................................................... 66
      Settings ............................................................................................................... 68
      Help .................................................................................................................... 69
      Enable/Disable Trend Micro Toolbar ..................................................................... 69
   Set Up Parental Controls ........................................................................................... 70
Chapter 3: Trend Micro Security Overview .......................................................................... 71
   Quick Start: The Trend Micro Security Console ........................................................... 71
   Quick Start: Conducting On-Demand Scans ................................................................ 71
      Scan Your Computer's Disk .................................................................................... 72
      Quick Scan and Full Scan ...................................................................................... 73
      Custom Scan ........................................................................................................ 74
      Intensive Scan ..................................................................................................... 75
   Quick Start: Viewing Security Reports ........................................................................ 76



**Chapter 4: Trend Micro Antivirus+ Security** ............................................................................. **80**
    **Protection Overview** ........................................................................................................... 80
    **Device: Security Settings: Security & Tuneup Controls > Scan Preferences** ......................... 82
    **Device: Security Settings: Security & Tuneup Controls > Scheduled Scans** .......................... 85
    **Device: Security Settings: Internet & Email Controls > Web Threats** ................................... 86
    **Device: Security Settings: Internet & Email Controls > Spam & Emailed Files** ..................... 87
    **Device: Security Settings: Internet & Email Controls: Network > Firewall Booster | Wi-Fi**
    **Protection** ........................................................................................................................... 94
    **Exception Lists: Programs/Folders** ..................................................................................... 95
    **Exception Lists: Websites** .................................................................................................. 96
    **Exception Lists: Wireless Connection** ................................................................................. 97
    **Other Settings: System Startup** ......................................................................................... 98
    **Other Settings: Network Settings** ...................................................................................... 99
    **Other Settings: Smart Protection Network** ...................................................................... 100
    **Other Settings: Password** ................................................................................................ 101
    **Other Settings: Background and Animation** ..................................................................... 101
    **Device: Mute Mode** ......................................................................................................... 105
    **Device: Protect Another Device** ....................................................................................... 108
    **Privacy: Social Networking Protection** ............................................................................. 108
    **Privacy: Pay Guard** .......................................................................................................... 112
    **Data: Folder Shield** .......................................................................................................... 116
        **How Folder Shield Works** ............................................................................................ 121
    **Family: Upgrade Now** ...................................................................................................... 124
**Chapter 5: Trend Micro Internet Security** ............................................................................ **126**
    **Protection Overview** ......................................................................................................... 126
    **Device: Security Settings: Security & Tuneup Controls > Smart Scheduled Scan** ................ 130
    **Device: PC Health Checkup | Security Settings** .................................................................. 132
        **Perform a PC Health Checkup** ...................................................................................... 132
        **Configure PC Health Checkup** ...................................................................................... 134
        **Security Report: PC Health Checkup** ............................................................................ 135
    **Device: Protect Another Device** ....................................................................................... 138
    **Privacy: Privacy Scanner: Social Network Privacy & Web Browser Privacy** ........................ 138
        **Facebook Privacy Settings** ........................................................................................... 140
        **Facebook App Privacy Settings** .................................................................................... 143
        **Twitter Privacy Settings** .............................................................................................. 144
        **LinkedIn Privacy Settings** ............................................................................................ 146
        **Web Browser Privacy Settings** ..................................................................................... 149
    **Privacy: Data Theft Prevention** ........................................................................................ 151
    **Data: Secure Erase** .......................................................................................................... 154
    **Data: Password Manager - Free Trial** .............................................................................. 156
    **Family: Parental Controls** ................................................................................................ 165
    **Security Report: Parental Controls** .................................................................................. 177
**Chapter 6: Trend Micro Maximum Security** ......................................................................... **180**
    **Protection Overview** ......................................................................................................... 180
    **Device: Protect Another Device** ....................................................................................... 181
    **Data: Password Manager - Full Version** ........................................................................... 181
        **Install Password Manager in Pay Guard** ...................................................................... 189



Using Password Manager ....................................................................... 191
Data: Vault .............................................................................................. 193
Chapter 7: Trend Micro Security: Explore More Features, Get Help, Identity, and Tools ........ 198
Explore More Features ............................................................................. 198
Help > Product Support ........................................................................... 199
Help > Premium Services ......................................................................... 200
Help > Ransomware Help ......................................................................... 201
Help > Feedback ...................................................................................... 202
ID > Account ............................................................................................ 203
ID > Subscription Information .................................................................. 204
ID > About the Software ........................................................................... 205
The Trend Micro Tools .............................................................................. 207
About Trend Micro .................................................................................... 212





**Figure 41. Set Up Protection for Your Family**

# Protect Another Device

Subscriptions to Trend Micro™ Antivirus+, Internet Security, and Maximum Security variously let you protect other PCs and Macs, as well as Android and iOS mobile devices.

- Trend Micro Antivirus+: 1 PC, though you may switch your protection to another PC

- Trend Micro Security Internet Security: up to 3 PCs and Macs

- Trend Micro Security Maximum Security: from 5 to 10 devices, including PC, Mac, Android and iOS Mobile devices



**Figure 42. Protect Another Device**

1. To get started with your protection for another device, launch Trend Micro Security.

2. Click **Protect Another device.** The **Protect Another Device** screen appears. The range of options depends on the edition of Trend Micro Security you have purchased.

Note:    **A subscription to Trend Micro Antivirus+ allows you to protect only one device. To transfer this subscription to another device you need to log into your My Account page, download the installer on the second device, and install it. Once you register the application, you'll be given the option to disable Trend Micro Antivirus+ on the first device so you can activate it on the second.**





**Figure 43. Antivirus+ > Protect Another Device**





**Figure 44. Internet Security > Protect Another Device**





**Figure 45. Maximum Security > Protect Another Device**

3.   With Trend Micro Internet or Maximum Security, you can click the link **scan your network to find devices** on your network. A popup appears asking "Do you want Trend



Micro Internet/Maximum Security to scan your home network (LAN) to find connected devices?"



**Figure 46. Scan Prompt**

4.   Click **Yes** to scan your network. The scan begins.



**Figure 47. Scanning for Other Devices**

5.   When the scan is complete, a **Scan Results** screen appears.



**Figure 48. Devices Found > Install**

6.   If the **Scan Results** finds other devices to protect, it provides an **Install** button to install protection on that device.

7.   Tap **Install** to install Trend Micro Security/Mobile Security on that device. A screen appears, with options for downloading and installing it.

**34**





**Figure 49. Protect a Windows PC**

8.  If it finds no devices, the screen says **No Devices Found.**



**Figure 50. No Devices Found > Add a Device to Protect**

9.  If you know that your family has other devices currently not on the network, you can still tap **Add a Device to Protect.** The **Protect Another Device screen** appears.





**Figure 51. Protect Another Device**

10. For Trend Micro Internet and Maximum Security, click an icon to **Add a device.** A popup appears, letting you choose the platform you would like to share protection with.



**Figure 52. Add a Device Popup**

11. Click the icon for your chosen platform. A screen appears, providing email, copy link, and download options for getting the software.





**Figure 53. Send Email**



**Figure 54. Copy Link**



**Figure 55. Download**





**Figure 56. Protect a Mac**



**Figure 57. Protect an Android Device**

12. For PC or Mac protection, pick how you want to get the application: Email, Link, or Download. If you download the installer to your active computer, you may use a USB thumb drive to physically take the file to the other computer.

13. For Android or iOS protection, pick how you want to get the app: Email, Link, or QR Code, (for Google Play™, Trend Micro™, Amazon Appstore™, or Apple App Store™).

14. To install, follow the instructions on the page, store, or email.



> **Security will also provide you with a full 1-year subscription to Password Manager.**

33. For full instructions on using **Trend Micro Password Manager**, the *Trend Micro™ Password Manager Product Guide* is available for download from the Trend Micro Support site at [Trend Micro Password Manager Support](#).

# Family: Parental Controls

The **Parental Controls** tool in Trend Micro Internet and Maximum Security lets you protect your children from inappropriate websites, limit their time on the internet, and see detailed reports about what they do online.

To enable **Parental Controls** in Trend Micro Security Internet Security, you first have to enter an email address and password. See the previous section on **Data Theft Prevention** to obtain instructions on doing this.

> **Note:**    **The instructions below are tailored to Windows 10 users. The process for creating a new user account in Windows 7 or 8.1 is similar, but not identical.**

**To enable Parental Controls:**

1.  Click the **Family** icon in the Trend Micro Security Console. The **Family > Parental Controls** screen appears.



**Figure 313. Family > Parental Controls**

2.  Click **Configure**. The **Parental Controls** Introduction screen appears.





**Figure 314. Parental Controls Introduction**

3. Read the instructions and click **OK** to continue. A screen appears for you to enter your Password.



**Figure 315. Enter Password**

4. Enter your Password and click **OK**. The **Parental Controls Get Started** screen appears.



**Figure 316. Parental Controls Get Started**

5. **Important note**: at the bottom of the screen you're asked **Do your children have their own Windows User Accounts for this computer?** If they don't, click the link on the question to create them, so your various settings can be assigned to the proper child. The **Parental Controls > Add Windows Account** screen appears.





**Figure 317. Parental Controls**

6.  In the lower left-hand corner, click **Add Windows Account.** The **User Accounts** Control
    Panel appears.



**Figure 318. Windows User Accounts**

7.  Click **Manage another account.** The **Manage Accounts** screen appears.



**Figure 319. Manage Accounts**

8.  Click **Add a new user in PC settings.** The **Accounts > Family & other users** screen
    appears.





**Figure 320. Accounts > Family & other people**

9.  Click **Add someone else to this PC**. A screen appears, asking "How will this person sign in?"



**Figure 321. How will this person sign in?**

10. To simplify this example, we'll start your child without a Microsoft Account. (You can change to a Microsoft Account later.)

11. Click "I don't have this person's sign-in information." A screen appears, prompting "Let's create your account."





**Figure 322. Let's create your account**

12.  Click **Add a user without a Microsoft account.** A screen appears, saying "Create an account for this PC."



**Figure 323. Create an account for this PC**

13.  Type a name for the account (e.g., Mary), enter a password and confirm it, then provide a password hint and click **Next**. The **Accounts > Family & other users** screen appears, confirming the creation of the account for Mary.





**Figure 324. Local Account created**

14. Back in the **Manage Accounts** screen, you'll see Mary added to the list of accounts on this PC.



**Figure 325. Local Account - Mary**

15. Close the **Manage Accounts** window by clicking the **Close Box (X)** in the upper-right-hand corner.

16. Back in the **Parental Controls > Add Windows Account** window, click the **Refresh** link if the new account is not showing. The **Mary** account now appears in the list.



**Figure 326. New Windows Account Listed**



17. Uncheck the account you're logged on to, check the **Mary** account, and click **OK**. A popup appears, telling you "You have not set the rules for one or more users. Let's set it up now."



**Figure 327. Set Up Rules Popup**

18. Click **Ok**. The **Website Filter Rules** window appears.



**Figure 328. Website Filter Rules**

19. Check **Block Untested Websites** if you wish. This will block your children from using websites Trend Micro has not tested yet.

20. In the **Select An Age** popup, choose the age the filter will apply to from the **Select an age** pop-up. For example, choose **Ages 3-7 (Child).** (You can also define a **Custom** age bracket.)

For a child this age, all categories and subcategories are checked. Scroll down to see the full category/subcategory listings.

You can check or uncheck a category or subcategory to redefine the filter. You can also obtain more information on a category by clicking the **more info** link; a definition list will pop up.

21. Click **Next** to define the **Time Limits.** The **Time Limits** window appears.





**Figure 329. Time Limits**

22. Using your mouse pointer, select the weekday and weekend hours you kids **should not** access the web by holding your mouse down and stroking across the hours, then scroll down and indicate the number of hours your children may use this computer.



**Figure 330. Allowed Hours on Computer**

23. Upwards in the window you may also **Set a simple schedule for weekdays and weekends**, applying the same schedule across all days at once.



**Figure 331. Detailed Daily Schedule**

24. Click **Next**. A screen appears, letting you set the child's program controls.





**Figure 332. Program Controls**

25. Check **Enable program controls**, then click **Add** to add the programs you want to control the usage of.



**Figure 333. Program List**

26. Select the program you want to control from the list, or click **Browse** to find it.



**Figure 334. Browsing for Programs to Add to Program Controls**

27. Navigate to the program in the **Programs Folder**, select it from its own folder (e.g., Internet Explorer), and click **Open**. Trend Micro Security adds it to the list of controlled programs.





**Figure 335. Programs in List | IE Added**

28.  Check the program checkbox and click **OK**.



**Figure 336. Change Schedule**

29.  The program is added to the **Parental Controls** window. You can now set the times the
     program may be used. Click **Change Schedule** in the **Scheduled Access** field. The
     schedule appears.



**Figure 337. Access Schedule**

30.  **Block access to the program at the selected times** and **all hours** are selected by default.
     *Deselect* the hours in the week the child will be permitted use of the program, then click
     **OK**. When the wizard window appears, click **Next**.

31.  A screen appears, indicating that protection has been activated for **Mary**, applying the
     **Pre-teen Website Filter**, giving the **Time Limits** and **Program Controls**.





**Figure 338. "Mary" Protection Criteria**

32. Click **Done** to finish adding the parental control for this child. The main **Parental Controls** window reappears.



**Figure 339. Sliders are "On"**

33. In **Parental Controls,** the slider buttons should be **On**. If not, slide to **On**, then click **OK**. The rule set is now applied to the **Mary** account.

34. Note that the link **Trust or Block Websites** allows you to set exceptions to your rules. This function was covered in the previous **Trend Micro Antivirus+ Security** section. Go to Exception Lists: Websites for details.

35. Note also that you can turn the **Website Filter**, **Time Limits,** and **Program Controls** functions on or off by using the appropriate slider. You can also edit the functions by clicking the hotlinks and making your changes in the respective editor.

36. Click **OK** to close the **Parental Controls** window, then click the respective **Close** boxes to close the **Parental Controls** window and the **Trend Micro Security Console.**

37. In the Windows Menu, select **John Doe**, then select **Mary** to switch to her account; then sign in using the password you created for her account.





**Figure 340. Switching to "Mary" Account**



**Figure 341. Mary Login**

38.  Using your browser, attempt to go to a website at a time prohibited by the account rules. Trend Micro Security will block access to the web and provide a **No Web Surfing Allowed** notification, indicating the user cannot use the web at this time.



**Figure 342. No Web Surfing Allowed**

39.  During the hours allowed for surfing, if the user attempts to browse to a site not permitted by the rules, Trend Micro Security will block access to the site and provide an **Off Limits** notification for the user in the browser.





**Figure 343. Trend Micro Security Off Limits Notification in Browser**

40. Finally, if the user tries to use a blocked program during the hours you've chosen to block it, a popup appears saying **Program Accessed Blocked.**



**Figure 344. Program Access Blocked**

41. If the user knows the Trend Micro Security password on the computer, they can override the block. Naturally, for their own safety, kids being monitored should not be given access to this password.

# Security Report: Parental Controls

Once you've enabled Parental Controls, Trend Micro Security Internet Security provides a security report that can give you basic information about how many times your kids have attempted to access prohibited sites and the kinds of website violations they are.

**To view the Parental Controls Security Report:**

1. Open the Trend Micro Security Console.





**Figure 345. Console > Security Report**

2.  Click the **Security Report** icon. The **Password** popup appears.



**Figure 346. Password Screen**

3.  Enter your password and click **OK**. The **Security Report** window appears, with **Security Threats** selected by default.



**Figure 347. Security Reports > Security Threats**

4.  Click the **Parental Controls** tab to show the **Parental Controls Security Report**. The **Parental Controls Security Report** appears.





**Figure 348. Parental Controls Security Report**

5.  The report will show the **Top Categories** and **Websites Blocked.** Use the **Account** pop-up to show the report for **All users**, or for a specific user account; e.g., "Mary."

**Note:**    **The administrator will receive a monthly Security Report via email, which includes Parental Controls data.**

6.  Click **See More Details**, to display the **Parental Controls** log.



**Figure 349. Parental Controls Logs**

7.  Note that any data older than a year ago will be deleted automatically.

8.  Click **Export** to export the Parental Controls log in .CSV or .TXT format.



# Chapter 6: Trend Micro Maximum Security

This chapter provides detailed instructions for configuring and using Trend Micro Maximum Security. The Maximum edition provides everything previously described in the Trend Micro Security Antivirus+ and Internet Security chapters, while adding more protections and tools.

## Protection Overview

**Trend Micro Maximum Security** is functionally the most robust edition of Trend Micro Security. To enable all its functions, you need a paid version of Trend Micro Maximum Security.



**Figure 350. Trend Micro Maximum Security Console**



**Figure 351. Data > Password Manager | Vault**

---

Note:    **Trend Micro Maximum Security's Additional Features:**

**Data:** Password Manager (auto-installed) and Vault.



**Additional Seats:** Trend Micro Security Maximum users can protect from five to ten devices, depending on the purchase level, choosing among PC, Mac, Android, and iOS devices.

---

**ADDITIONAL TOOLS FOR TREND MICRO SECURITY MAXIMUM SECURITY PAID VERSION**

**Password Manager – Auto-installed**

Your installation of Trend Micro Maximum or Premium Security also auto-installs a copy of Trend Micro Password Manager onto your computer. Using Password Manager, you can easily sign into websites without having to remember multiple passwords. Generate strong passwords that are harder to crack and replace weak ones that you're using because they're easy to remember. Use the Secure Browser to access banking and other financial sites, to protect yourself against keyloggers.

**Vault**

Users can enable a password-protected folder that can secure sensitive files. If the computer is lost or stolen, the vault can be sealed shut by remote control until the computer is returned to its rightful owner.

# Device: Protect Another Device

Trend Micro Maximum Security provides a subscription for five to ten devices, depending on the subscription, across Windows, Mac, Android, and iOS devices.

Go to **Protect Another Device: PCs, Macs, Android and iOS Mobile Devices** for more details.

# Data: Password Manager - Full Version

**Trend Micro™ Password Manager** helps you manage and secure all your online credentials, ensuring an easy and safe online experience, while offering a faster, more secure, and convenient way to access web sites. Using a single Master Password, users have instant access to all their login credentials, no matter where they're located or what device they're using.

A full 1-year subscription of Password Manager is auto-installed with Trend Micro Maximum Security. You can opt out of the auto-installation.



**To Start Using Password Manager:**

| Note: | The instructions below assume you registered Trend Micro Maximum Security when you installed it, that you created a Trend Micro Account during activation, and that you're signed in. |
|---|---|

1. Open the **Trend Micro Security Console** and click the **Data** icon. The **Data** screen appears.



Figure 352. Data > Password Manager > Open

2. Click **Open** in the **Password Manager** panel. The **Password Manager Introduction** screen appears.



Figure 353. Password Manager Introduction

3. You may check "Do not show this introduction again" if you choose, then click **OK** to close the introduction. A screen appears to **Secure Your Passwords and Enjoy Peace of Mind.**





**Figure 354. Secure Your Passwords and Enjoy Peace of Mind**

4.  Click **Start Now.** A screen appears for you to **Install the Password Manager Browser Extension.**



**Figure 355. Install the Password Manager Browser Extension**

5.  Click **Get Browser Extension.** A screen appears to **Protect Your Passwords with Password Manager.** A browser window appears for you to install the extension in your default browser; e.g., Chrome.





**Figure 356. Password Manager Extension for Chrome**

6. Click **Install Extension.** In this example, the **Chrome Web Store** loads in your Chrome browser.



**Figure 357. Chrome Web Store - Trend Micro Password Manager**

7. Click **Add to Chrome.** A popup appears, asking you to **Add "Trend Micro Password Manager"?**



**Figure 358. Add "Trend Micro Password Manager"?**

8. Click **Add Extension.** A popup appears, indicating Trend Micro Password Manager has been added to Chrome.





**Figure 359. Trend Micro Password Manager Added to Chrome**

9.  You may Turn on sync… if you wish by logging into your Google account. For now, click the **Close (x)** box. The **Add Ons** icon appears in Chrome.



**Figure 360. Pin Password Manager to the Chrome Menu**

10. Click the **Add Ons** icon, then click the **Pin** icon to pin the **Password Manager** extension to the Chrome menu. The icon appears.



**Figure 361. Password Manager Installation Complete**

11. Your browser indicates **Installation Complete.** You now need to create a Master Password to begin using Password Manager.

12. Click the **Password Manager** icon in your browser. The **Password Manager** drop-down menu appears.





**Figure 362. Create Master Password**

13. Click **Create Master Password Now**. A screen appears for you to **Create Your Master Password.**



14. Create your **Master Password**, **Confirm** it, and provide yourself a **Master Password Hint**. Use a mixture of at least 8 different letters, numbers, or symbols and try not to use common words that are easy to guess.

15. Click **Create** and a screen appears indicating that **Password Manager is Ready to Protect Your Passwords.**





16. Click **Open Password Manager** to open the **Management Console**, or click the **Password Manager** icon to show the **Extension** drop-down menu.



**Figure 363. Password Manager Management Console (1)**





**Figure 364. Password Manager Extension**

17. Either way, provide your **Master Password**, then click the **Unlock** icon to log in. Password Manager opens and is ready to capture your passwords.



**Figure 365. Password Manager Management Console (2)**





**Figure 366. Password Manager Extension**

18. Watch the video to learn how to capture your passwords, or simply log into your accounts and **Password Manager** will automatically capture your credentials. It will then automatically play them back the next time you log into the account.

## Install Password Manager in Pay Guard

**To Install Password Manager in Pay Guard:**

1. Once you've activated your **Trend Micro Password Manager** account as given above, you may also install **Password Manager** in **Pay Guard**.

2. Double-click the **Pay Guard** icon on your Desktop. The **Pay Guard** window appears, with a popup window suggesting **Add the Password Manager extension to Pay Guard to access your passwords. Browser will restart)**



**Figure 367. Pay Guard > Install Password Manager**

3. Click **Add** to add the Password Manager extension. A window opens for you to install the extension.





**Figure 368. Install Extension**

4.  Click **Install Extension.** In our example, since Chrome is the default browser, you're taken to the Chrome store to install the extension.



**Figure 369. Add Password Manager**

5.  Click **Add to Chrome.** A popup appears, asking **Add "Trend Micro Password Manager"?**



**Figure 370. Add Extension**

6.  Click the **Add extension** button. The **Password Manager** extension installs and reboots your **Pay Guard** browser, showing **Installation Complete.**





**Figure 371. Installation Complete**

7.   You're now ready to use Password Manager in your full default browser or in **Pay Guard.**

## Using Password Manager

**To Use Password Manager:**

1.   Using your default browser or **Pay Guard**, simply sign in to any website and **Password Manager** will save your password.

2.   For example, go to www.yahoo.com, enter your login ID and password, and sign in.



**Figure 372. Save Now**

3.   Password Manager captures your login ID and password. Click **Save Now** to save it to Password Manager.

4.   In the future, simply go to the same website login page and Password Manager will prompt you to click **Sign In** to sign into your account.





**Figure 373. Sign In**

5.  You may also go directly to Password Manager by clicking the Password Manager icon in your browser. This opens your accounts list. Simply click the account listing to take you to the account webpage, where you can click the above **Sign In** button to sign in.



**Figure 374. Yahoo Captured**

6.  Log off **Password Manager** by clicking the **Lock** icon in the lower right-hand corner of the **Password Manager** popup. That's it! You now know how to capture and use passwords in **Password Manager**.

7.  For full instructions on using **Trend Micro Password Manager**, the *Trend Micro™ Password Manager Product Guide* is available for download from the Trend Micro Support site at Trend Micro Password Manager Support, then click on the Windows, Mac, Android, or iOS tabs for the platform(s) you're interested in.



# Data: Vault

**Vault** is a password-protected folder that can protect your sensitive files. Using a password, files inside the Vault are kept invisible until you enter the password. If your computer is stolen, Vault can also seal itself shut by remote control, so that even using the password you cannot open the Vault—that is, until the computer is returned to its rightful owner, who then must report that the computer has been found.

**To set up Vault:**



Figure 375. Data > Vault > Configure

1. In the Trend Micro Security Console, click the **Data** icon, then **Configure** in the **Vault** panel. The **Introduction** to **Vault** appears.



Figure 376. Data > Introduction to Vault

2. Click **OK** to close the Introduction. The **Select a Password** screen appears.





**Figure 377. Select a Password**

3.  Enter a password and confirm it, then provide a hint and your email address and click
    **Create**. A setup dialog appears, telling you that you have successfully set up the **Vault**
    and to double-click its desktop icon to start using it.



**Figure 378. Vault Set Up**

4.  Click **OK** to close the dialog. The **Vault** window appears, with the slider turned to **On**,
    and instructions on reporting a loss and regaining access to the **Vault**.



**Figure 379. Vault**

5.  The **Vault** desktop icon also appears on your desktop.



**Figure 380. Vault Desktop Icon**

6.  You can now use the **Vault** to protect your sensitive files, to seal the vault if your
    computer is stolen or misplaced, and to regain access to the vault if you've turned it off.



7.  To open the **Vault**, double-click the desktop icon. The password window appears.



**Figure 381. Vault > Password Protection**

8.  Enter your password and click **OK**. This opens the **Vault.**



**Figure 382. Trend Micro Vault**

9.  Drag files and folders you wish to protect into the **Vault**, then close it.



**Figure 383. Lock Vault Menu Item**

10. Right-click the **Vault** and select **Lock Vault** to lock it. A dialog appears, warning you that locking the vault does not automatically block access to files currently open. Make sure you close all files that need protection before you lock the Vault.



**Figure 384. Trend Micro Vault Warning**

11. Click **OK** to close the dialog.

12. In the Trend Micro Console Vault window, note the link http://account.trendmicro.com/report_stolen/ for reporting a loss.





**Figure 385. Reporting a Loss**

13. You should bookmark this link on another computer or write it down for future reference. Clicking it takes you to the Trend Micro Vault **Report Stolen** webpage, where you can report the loss.



**Figure 386. Report Stolen Service**

14. In the **Report Stolen** webpage, enter your Trend Micro Vault email address and password and click **Report** to seal the vault. Once you do, your Vault-protected folders and files cannot be opened.

15. Once you recover the computer, open the Trend Micro Security console, click **Data > Trend Micro Vault**, re-enter your password, then click the link **Unseal the Trend Micro Vault** in the **Regaining Access** paragraph.



**Figure 387. Regaining Access**



16. This takes you to the Trend Micro Vault Report **Report Found** webpage, where you can unseal the Vault.



**Figure 388. Report Found**

17. Enter the **Trend Micro Vault email address** and **Password** and click **Report**. This unseals the Vault and you're notified by Trend Micro Security.

18. For your safety, you should now change your Trend Micro Security password.



# Chapter 7: Trend Micro Security: Explore More Features, Get Help, Identity, and Tools

All Trend Micro Security editions provide **Explore More Features, Help, and Identity** menus in the **Console**.

## Explore More Features

**To Explore More Features:**



**Figure 389. Explore More Features Icon**

1. Click the **Lightbulb – Explore More Features** icon in the **Console**. A questionnaire appears.



**Figure 390. Questionnaire**

2. Click the respective **Yes/No** icons and choose the browser drop-down menu to tailor the wizard's replies.

   Go to **Explore More Features – Questionnaire and Wizard** for more details.



# Help > Product Support

To get Help (?) > Product Support:



**Figure 391. ? (Help)**



**Figure 392. Get Help**

3. Click **? (Help)** in the Console, then choose **Product Support** in the drop-down menu. The **Product Support** page appears.



**Figure 393. Trend Micro Maximum Security Support (image subject to change)**



4. Here you can get access to training videos, this product guide, and a wide range of support topics to help you get the most out of your security software. Use the drop-down menus for **Support Topics** and **Related Product Support** to obtain relevant information, or click the **Discussion Forums** link for the latest discussion and support.

# Help > Premium Services

**To access Premium Services:**



**Figure 394. ? (Help) > Premium Services**

1. Choose **Premium Services** in the **? (Help)** menu. The **Premium Services for Home Users** webpage appears.



**Figure 395. Premium Service (image subject to change)**

2. Here you can obtain answers to frequently asked questions about Premium Service and to purchase a plan to enable a Trend Micro technician to make a "virtual house call" any time, day or night, to help you with any problems you may have with your computer.

3. Select the region you inhabit for the correct plan and pricing.



# Help > Ransomware Help

**To get help with ransomware:**



**Figure 396. Ransomware Help**

1. Choose **Ransomware Help** in the **? (Help)** menu. The **Ransomware Help** webpage appears.



**Figure 397. Ransomware Help Webpage (Image subject to change)**

2. Here you can get information on ransomware, including advice on what to do if you're under a ransomware attack. See the **Ransomware Hotline** entry for information on getting live help from a Trend Micro Support Specialist.



# Help > Feedback

**To Provide Feedback:**

1. Open the **Trend Micro Security Console** and click the **Help (?) Menu**. A drop-down menu appears.



**Figure 398. Feedback**

2. Choose **Feedback** in the drop-down menu. The **Trend Micro Home Users Community Forum** page appears for **Desktop Protection > PC Security.**



**Figure 399. Trend Micro Home Users Community Forum**

3. Click **New Post.** The **Posting** page appears.





**Figure 400. Posting Page**

4. Select the button to ask a **Question**, report a **Problem**, share an **Idea**, or just give some **Praise**; then enter a **Subject**, provide a **Description**, use the drop-downs to choose a **Category** and **Topic**, then click **Post**. If you don't have a **Forum** account you can create one to continue.

5. After your post, return to the **Forum** to see your post and any responses from users or developers.

# ID > Account

**To check your Account:**



**Figure 401. Account**

1. Click the **ID** (**Identity**) menu, then choose the **Account** menu item in the Console. The **Trend Micro Account** webpage appears.





**Figure 402. Trend Micro Account Webpage**

2.  In the **Trend Micro Account** page you can sign in to your account, using your **Email Address**, **My Account Password**, and Captcha **Verification Code** if you've already purchased Trend Micro products or services, manage all of your subscriptions in one place, stay up-to-date and protected by getting the latest protection for your devices or those of friends and family, and update your account.

# ID > Subscription Information

**To check your subscription:**



**Figure 403. ID > Subscription Information**

1.  Select **ID** (**Identity**) **> Subscription Information** menu item in the Console. The **Subscription Information** screen appears.





**Figure 404. Subscription Information**

2. In the **Subscription information** screen, you can view the days of protection remaining in your subscription, renew it, view the edition of Trend Micro Security installed on your computer, change your serial number, view your Expiration Date, your Computer Name, the email address the software is registered to, your location, and whether you've chosen to receive the latest news and offers from Trend Micro. Click **Edit subscription information** to edit it.

# ID > About the Software

**To check your software and get updates manually:**



**Figure 405. About the Software**

1. Select the **ID > About the Software** menu item in the Console. The **About the Software** screen appears and automatically queries the Trend Micro servers to provide any available updates of your software.





**Figure 406. About Your Software**

2. In the **About Your Software** screen you can view the version of your software and even the version of the components by clicking **Component Versions.**



**Figure 407. Component Versions**

3. Click the **Serial Number** link to change it. A screen appears for you to **Enter the Serial Number.**





**Figure 408. Enter the Serial Number**

4.  Click **Next** to update your software with the new serial number. Your new serial number and its subscription is applied to your software.

# The Trend Micro Tools

The Trend Micro Tools are a set of utilities you can use to perform various functions, from managing your subscription to troubleshooting.

**To use the Trend Micro Tools:**

1.  Click **Windows Menu > All Apps** and navigate down to **T** in the menu; then click the Trend Micro menu items for **Trend Micro Security, Trend Micro Password Manager** (Maximum and Premium Security) and **Trend Micro Troubleshooting Tool** to open them.



**Figure 409. Trend Micro Utility Menus**

2.  Many functions work just as they do from the **Trend Micro Security Console.** Below are brief descriptions of key additional tools.



**Trend Micro Security:**

**Manage Subscription**

1.  Click **Manage Subscription** and the **Trend Micro Account** page appears, where you can log into your account to manage your subscription(s).



Figure 410. Manage Subscription > Trend Micro Account

**Online Help**

1.  Click **Online Help** and the **Support** page appears, where you can obtain help about your software



Figure 411. Support

**ReadMe**

1.  Click the **ReadMe** menu item and choose the document reader you wish to use. The **ReadMe** document appears.





**Figure 412. ReadMe**

2.    Click the various items in **ReadMe** to show the contents.

**Trend Micro Diagnostic Toolkit**

1.    Click **Trend Micro Diagnostic Toolkit** to open it. The **Diagnostic Toolkit** opens.



**Figure 413. Trend Micro Diagnostic Toolkit**

2.    You'll use the **Diagnostic Toolkit** to help diagnose any problems you may encounter when using Trend Micro Security. These tools include the debugging, uninstall, exception list, and details functions. A Trend Micro Support Specialist will generally work with you to conduct your diagnosis.



**Trend Micro [Edition] Security:**

1.   Select **Trend Micro [Edition] Security** to launch the Console.

**Trend Micro Pay Guard**

1.   Click **Trend Micro Pay Guard** and the **Pay Guard** browser launches, to help you bank and shop online securely.



**Figure 414. Trend Micro Pay Guard**

**Trend Micro Password Manager:**

**Password Manager Diagnostic Tool**

1.   Select **Password Manager Diagnostic Tool** to open it.



**Figure 415. Password Manager Diagnostic Toolkit**

2.   As with Trend Micro Security, the **Password Manager Diagnostic Toolkit** can help you diagnose any problems you may have with Password Manager and is usually used in conjunction with a Trend Micro Support Specialist.

**Trend Micro Password Manager**

1.   Select **Trend Micro Password Manager** to open the Login webpage for the web console in your default browser.





**Figure 416. Password Manager Web Login Page**

**Uninstall Trend Micro Password Manager**

1.  Select **Uninstall Trend Micro Password Manager** to uninstall the program.

**Trend Micro Troubleshooting Tool:**

1.  Click **Trend Micro Troubleshooting Tool** to open it.



**Figure 417. Trend Micro Troubleshooting Tool**

2.  You use the **Trend Micro Troubleshooting Tool** during a troubleshooting session with a Trend Micro Support Specialist. The specialist will provide you with a **Support Case Token**, which will link the specialist's session directly to your computer.



# About Trend Micro

Trend Micro Incorporated, a global leader in cyber security solutions, helps to make the world safe for exchanging digital information. Our innovative solutions for consumers, businesses, and governments provide layered security for data centers, cloud environments, networks, and endpoints. All our products work together to seamlessly share threat intelligence and provide a connected threat defense with centralized visibility and control, enabling better, faster protection. With more than 6,000 employees in over 50 countries and the world's most advanced global threat intelligence, Trend Micro enables users to enjoy their digital lives safely. For more information, visit www.trendmicro.com.



