IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-389-ADA |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| TREND MICRO, INC., | § | |
| | § | |
| Defendant. | § | |

## CASE READINESS STATUS REPORT

Plaintiff KAJEET, INC. and Defendant TREND MICRO, INC. hereby provide the following status report:

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 21, 2021. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

On July 5, 2021, Defendant filed a Motion to Dismiss for Failure to State a Claim. (Dkt. 8).

## PENDING MOTIONS

Defendant's Motion to Dismiss for Failure to State a Claim is the only pending motion.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this District.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted infringement of U.S. Patent No. 8,667,559 B1, and, in its complaint, asserted infringement of at least claim 27.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe a technical adviser needs to be appointed to the case to assist with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant have met and conferred. Defendant is contemplating filing a motion to transfer this case to another, more convenient, forum. There are no other pre-*Markman* issues to raise at the CMC at this time.

Dated: July 12, 2021

Respectfully submitted,

/s/ Corby R. Vowell
Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR KAJEET, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of July, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Corby R. Vowell