IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-389-ADA |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| TREND MICRO, INC., | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF CORBY R. VOWELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Corby R. Vowell, do declare as follows:

1. I am an attorney at Friedman, Suder & Cooke, and counsel to Plaintiff Kajeet, Inc. ("Kajeet"). I am duly licensed to practice law in the State of Texas. I have personal knowledge of the facts stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Trend Micro Mobile Security 9.0 for iOS Product Guide, V1.0, downloaded on July 19, 2021 from the URL: https://helpcenter.trendmicro.com/en-us/?_ga=2.9052341.1823008893.1611956421-1531980936.1611178202.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Dr. Charles D. Knutson executed on December 20, 2018 and incorporated by reference into Plaintiff's Complaint, Dkt. 1, at p. 14, fn. 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 19, 2021 in Fort Worth, Texas.

/s/ Corby R. Vowell