**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| KAJEET, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TREND MICRO, INC., )<br>)<br>Defendant. ) | CASE NO. 6:21-CV-389-ADA<br><br>**JURY TRIAL REQUESTED** |

**DEFENDANT TREND MICRO, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO TRANSFER AND SUBMISSION OF
PROPOSED ORDERS**

Defendant Trend Micro, Inc. ("Trend Micro") hereby supplies as supplemental authority two recent decisions of the Court of Appeals for the Federal Circuit in *In re: Juniper Networks, Inc.*, ___ F. 4th ___, Appeal No. 2021-160 (Fed. Cir. Sept. 24, 2021) (Ex. A, "*Juniper*") and *In re: Google LLC*, ___ F. 4th ___, Appeal No. 2021-171 (Fed. Cir. Oct. 6, 2021) (Ex. B, "*Google*"). The *Juniper* and *Google* decisions both applied the Fifth's Circuit's *Volkswagen* factors governing transfer motions and, based on that analysis, directed this Court to transfer cases from the Waco Division of this District to the Northern District of California. Both decisions support Trend Micro's Motion (Dkt. No. 19) to transfer this case to the Northern District of California.

Furthermore, pursuant to Paragraph 11 of the Court's October 8, 2021 Standing Order Governing Proceedings – Patent Cases, Trend Micro submits two attached proposed Orders relating to its Motion to transfer. If the Court decides to grant the primary relief sought in Trend Micro's Motion, the first proposed Order (Ex. C) would transfer this case to the Northern District of California. If the Court decides to deny the primary relief sought but instead grant Trend Micro its alternative relief, the second proposed Order would effect intra-district transfer of the case to the Austin Division. (Ex. D).

Dated: October 15, 2021

Respectfully submitted,

By: */s/ Katherine P. Chiarello*
Katherine P. Chiarello
Texas State Bar No. 24006994
katherine@wittliffcutter.com

WITTLIFF | CUTTER, PLLC
1209 Nueces Street
Austin, Texas 78701
Tel: (512) 649.2334
Fax: (512) 960.4869

>Charanjit Brahma (*pro hac vice*)
>BENESCH FRIEDLANDER
>     COPLAN & ARONOFF LLP
>One Market Street, Spear Tower
>36th Floor
>San Francisco, CA 94105
>Tel: (628) 600.2241
>Fax: (628) 221.5828
>CBrahma@beneschlaw.com
>
>Manish Mehta (*pro hac vice*)
>Cristina Almendarez (*pro hac vice*)
>Samuel J. Ruggio (*pro hac vice*)
>BENESCH FRIEDLANDER
>     COPLAN & ARONOFF LLP
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Tel: (312) 212.4953
>Fax: (628) 221.5828
>MMehta@beneschlaw.com
>CAlmendarez@beneschlaw.com
>SRuggio@beneschlaw.com
>
>***Attorneys for Defendant Trend Micro Incorporated***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 15, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Katherine P. Chiarello*
>Katherine P. Chiarello