IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| KAJEET, INC. | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 6:21-CV-389-ADA |
| v. | ) ) | **JURY TRIAL REQUESTED** |
| TREND MICRO, INC., | ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT TREND MICRO, INC.'S STATUS REPORT REGARDING MOTION FOR INTER-DISTRICT TRANSFER**

Pursuant to the Court's August 18, 2021 Second Amended Standing Order Regarding Motion for Inter-District Transfer, Defendant Trend Micro, Inc., ("Trend Micro" or "Defendant") provides the following status report no later than four weeks prior to the date of the *Markman* hearing, which is scheduled for January 24, 2022.

Trend Micro filed a motion for inter-district transfer to the Northern District of California under 28 U.S.C. § 1404(a) on August 9, 2021. (Dkt. No. 19.) Trend Micro's transfer motion was completely briefed and has been ready for resolution as of August 30, 2021. (Dkt. No. 22.) On October 15, 2021, Trend Micro filed a notice of supplemental authority regarding its transfer motion. (Dkt. No. 26.) No discovery regarding jurisdiction or venue has been taken in the case, and the deadline to complete such discovery was November 9, 2021.

Additionally, Trend Micro filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim (Dkt. No. 8) that was completely briefed as of July 26, 2021. (Dkt. No. 15.)

1

Dated: November 11, 2021							Respectfully submitted,


By: __Katherine P. Chiarello_____
Katherine Chiarello
Texas State Bar No. 24006994
katherine@wittliffcutter.com

WITTLIFF | CUTTER, PLLC
1209 Nueces Street
Austin, Texas 78701
Tel: (512) 649.2334
Fax: (512) 960.4869

Charanjit Brahma, *pro hac vice*
BENESCH FRIEDLANDER
    COPLAN & ARONOFF LLP
One Market Street, Spear Tower
36th Floor
San Francisco, CA 94105
Tel: (628) 600.2241
Fax: (628) 221.5828
CBrahma@beneschlaw.com

Manish Mehta, *pro hac vice*
Cristina Q. Almendarez, *pro hac vice*
Samuel J. Ruggio, *pro hac vice*
BENESCH FRIEDLANDER
    COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 212.4953
Fax: (628) 221.5828
MMehta@beneschlaw.com
CAlmendarez@beneschlaw.com
SRuggio@beneschlaw.com

***Attorneys for Defendant Trend Micro Inc.***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 11, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Katherine P. Chiarello*
Katherine P. Chiarello