# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00389-ADA |
| | § | |
| TREND MICRO INC. | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on November 22, 2021 at 02:30 PM.

IT IS SO ORDERED this 19th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE